# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRON DOBSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIDELITY & GUARANTY LIFE INSURANCE COMPANY; DOES 1 to 20,<br><br>　　　　Defendants. | CASE NO.:   CV 10-3326 CW<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON OM FINANCIAL LIFE INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>Date:　　　September 30, 2010<br>Time:　　　2:00 p.m.<br>Ctrm:　　　2<br><br>Requested Date: October 14, 2010<br><br>Complaint Filed: June 11, 2010 |

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stip 2 cont hearing on 12(b)(6) - proposed order.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON OM LIFE'S MOTION TO DISMISS

Having read and considered the Joint Stipulation to Continue Hearing on OM Financial Life Insurance Company's Motion to Dismiss between Plaintiff Sherron Dobson and Defendant OM Financial Life Insurance Company (formerly known as Fidelity & Guaranty Life Insurance Company), the Court, finding good cause therefore, orders as follows:

Good cause exists to continue the hearing date on OM Life's Motion to Dismiss, currently scheduled for September 30, 2010, to [requested date: October 14, 2010] October 28 , 2010.

_____
Honorable Claudia Wilken
United States District Judge

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON OM LIFE'S MOTION TO DISMISS

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800