# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRON DOBSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY & GUARANTY LIFE INSURANCE COMPANY; DOES 1 to 20,<br><br>    Defendants. | CASE NO.:   CV 10-3326 CW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 11, 2010 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stip 2 dismiss - proposed order.doc

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

DATED: __**May 24**__, 2011                    _____
                                                Hon. Claudia Wilken
                                                United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE